# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 25-5387** | **September Term, 2025** |
| | 1:25-cv-02235-CJN |
| | **Filed On:** November 4, 2025 |

Friends of the Earth U.S. and Justica Ambiental,

      Appellants

    v.

Export-Import Bank of the United States, et al.,

      Appellees

    **BEFORE:**    Henderson, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite and intervenor-appellee's response thereto, it is

**ORDERED** that government appellees file a response to the motion by 5:00 p.m. on Wednesday, November 5, 2025, and that appellants file any replies by 5:00 p.m. on Thursday, November 6, 2025.

                                      **Per Curiam**

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                        BY:    /s/
                                   Selena R. Gancasz
                                   Deputy Clerk