# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5387**                                     **September Term, 2025**

1:25-cv-02235-CJN

**Filed On: February 26, 2026** [2161174]

Friends of the Earth U.S. and Justica Ambiental,

        Appellants

    v.

Export-Import Bank of the United States, et al.,

        Appellees

    **BEFORE:**    Circuit Judges Millett and Childs, and Senior Circuit Judge Randolph

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, February 26, 2026 at 09:31 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

Richard L. Herz, counsel for Appellants.

McKaye L. Neumeister (DOJ), counsel for Government Appellees.

Gregory G. Garre, counsel for Intervenor for Defendant-Appellee.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:    /s/
                                 Anne A. Rothenberger
                                 Deputy Clerk